1  Paul S. White, SBN 146989
   Email: pwhite@tresslerllp.com
2  Elizabeth L. Musser, SBN 203512
   Email: emusser@tresslerllp.com
3  Yvonne M. Schulte, SBN 237868
4  Email: yschulte@tresslerllp.com
   TRESSLER LLP
5  1901 Avenue of the Stars, Suite 450
   Los Angeles, CA  90067-6006
6  Telephone:     (310) 203-4800
7  Facsimile:      (310) 203-4850

8  Attorneys for Defendant
   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
9

10                      **UNITED STATES DISTRICT COURT**
11
                  **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
12

13
| EDUCATIONAL IMPACT, INC., a Pennsylvania Corporation, and TEACHSCAPE INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation; and AXIS INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No.: 3:15-cv-04510-EMC<br><br>**DEFENDANT TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE SET FOR FEBRUARY 11, 2016 AT 9:30 A.M.; [PROPOSED] ORDER** |
|---|---|

22       TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
23       Elizabeth L. Musser, counsel for defendant Travelers Property Casualty Company of
24  America ("Travelers"), respectfully requests leave to appear by telephone for the case
25  management conference scheduled for Thursday, February 11, 2016 at 9:30 a.m., the Honorable
26  Edward M. Chen presiding.  Ms. Musser is the handling attorney for Travelers in this matter, and
27  is located in Los Angeles.  Therefore, a telephonic appearance is requested, and would be greatly
28  appreciated.

---
                                              1
**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | Dated: February 8, 2016     TRESSLER LLP |

By:   /s/ Elizabeth L. Musser
Paul S. White
Elizabeth L. Musser
Yvonne M. Schulte
Attorneys for Defendant
TRAVELERS PROPETY CASUALTY
COMPANY OF AMERICA

[PROPOSED] ORDER

The request of Elizabeth L. Musser to make a telephonic appearance at the case management conference on February 11, 2016 at 9:30 a.m. is ~~GRANTED~~. DENIED.

Dated: February 10, 2016

By: _____
UNITED STATES

DENIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LA-147347 (21-412)