Paul B. Schroeder, Esquire (SBN 179527)
Law Offices of Paul Schroeder
Two Walnut Creek Center
200 Pringle Avenue, Suite 400
Walnut Creek, CA 94596
Telephone: 925.954.4415
Facsimile: 925.279.1160
Email:  Paul@pschroederlaw.com

Alan L. Frank, Esquire
(Pro hac vice)
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
Telephone: 215.935.1000
Facsimile: 215.935.1110
Email: afrank@alflaw.net

Attorneys for Plaintiffs
Educational Impact, Inc. and
Teachscape, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUCATIONAL IMPACT, INC., a Pennsylvania Corporation, and TEACHSCAPE, INC., a Delaware Corporation,<br><br>    Plaintiff(s),<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and AXIS INSURANCE COMPANY<br><br>    Defendant(s).<br>_____<br>AXIS INSURANCE COMPANY<br><br>    Counter-claimant | Case Number: 3:15-cv-04510-EMC<br><br>EDUCATIONAL IMPACT, INC., AND TEACHSCAPE INC. REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE SET FOR JUNE 2, 2016 at 10:30 AM |

|   |   |
|---|---|
| vs. | ) |
|   | ) |
| TEACHSCAPE, INC. and EDUCATIONAL IMPACT, INC. | ) ) ) |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 Christopher R. King counsel for Plaintiffs Educational Impact, Inc. and Teachscape Inc. ("Plaintiffs") respectfully requests leave to appear by telephone for the case management conference scheduled for Thursday, June 2, 2016 at 10:30 a.m., the Honorable Edward M. Chen presiding.

 Paul Schroeder, Esquire is local counsel for the Plaintiffs in this matter and will be attending the case management conference in person. Mr. King is the handling attorney for the Plaintiffs in this matter his office is located in Philadelphia, Pennsylvania. As Mr. King attended and argued the previous motion before the court, Mr. King wishes to be available to address any questions which may arise during the conference concerning that matter or any other matter which may be addressed. Therefore, a telephonic appearance is requested for Mr. King, and would be greatly appreciated.

          Respectfully submitted,

Dated: May 26, 2016   /s/  Paul B. Schroeder, Esquire
            Attorneys for the Plaintiffs
            Educational Impact, Inc. and Teachscape, Inc.

1  [PR~~O~~POSED ORDER]

2  The request of Christopher R. King to make a telephonic appearance at the case

3  management conference on June 2, 2016 at 10:30 AM is GRA~~NT~~ED.  DENIED.

5  Dated: ~~May~~ 6/1 ___, 2016



By: _____
DENIED
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE