UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDUCATIONAL IMPACT, INC., and TEACHSCAPE, INC.

Plaintiff(s),

vs.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and AXIS INSURANCE COMPANY

Defendant(s).

and related cross-action.

Case Number: 3:15-cv-04510-EMC

STIPULATION AND (PROPOSED) ORDER RE DISMISSAL

Plaintiffs and defendant AXIS hereby stipulate:

This case settled on September 8, 2016. The sole condition precedent in that settlement having now been satisfied, plaintiffs' complaint as against AXIS only, and AXIS's counterclaim, should now be dismissed as agreed, with prejudice, with each side bearing its own costs.

So stipulated.

October 13, 2016

By: /s/ Paul B. Schroeder
Attorneys for plaintiffs.

October 13, 2016

By: _____
Attorneys for defendant AXIS

## ORDER

Pursuant to the parties' agreement on the record and in writing, plaintiffs' complaint as against AXIS only, and AXIS's counterclaim are hereby dismissed, with prejudice, with each side bearing its own costs.

So ordered.

October 13, 2016

By: 

Hon. E_____ District Court
Judge Edward M. Chen

IT IS SO ORDERED