Elizabeth L. Musser, SBN 203512
Email: emusser@tresslerllp.com
Yvonne M. Schulte, SBN 237868
Email: yschulte@tresslerllp.com
TRESSLER LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, CA  90067-6006
Telephone:     (310) 203-4800
Facsimile:      (310) 203-4850

Attorneys for Defendant
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUCATIONAL IMPACT, INC., a Pennsylvania Corporation, and TEACHSCAPE INC., a Delaware Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation; and AXIS INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | Case No.: 15-cv-04510-EMC<br><br>STIPULATION |

It is hereby **STIPULATED** and **AGREED** by and between counsel for the parties, Educational Impact ("EI") and Teachscape, Inc. ("Teachscape") (collectively "Plaintiffs") and Travelers Property Casualty Company of America ("Travelers") in the above captioned matter, that certain dates shall be extended as herein provided; and

**WHEREAS**, the court issued its Case Management and Pretrial Order for Jury Trial (the "Order") on February 12, 2016 which sets dates for dispositive motions and discovery cutoffs, among other things; and

**WHEREAS**, the court modified the Order on June 2, 2016; and

1

**STIPULATION**

1      **WHEREAS**, at the Status Conference on October 6, 2016, the court re-set the dispositive
2  motion hearing date from December 1, 2016 to **December 8, 2016;** and
3      **WHEREAS**, Plaintiffs and Defendant Axis Insurance Company have settled, and Axis is
4  therefore no longer a party to these proceedings.
5      Plaintiffs and Defendant Travelers hereby stipulate as follows:
6      1.   Moving papers on the parties' dispositive motions shall be due on **November 3,**
7         **2016;**
8      2.   Opposition papers shall be due on **November 17, 2016;** [handwritten: 9:00 am]
9      3.   Reply papers shall be due on **November 28, 2016**, pursuant to Federal Rule of
10        Civil Procedure, Rule 6(a) and Civil Local Rule 1-5 ( c) and 7-3 ( c);
11     4,   The non-expert discovery cutoff for damages evidence <u>only</u> is extended to
12        **November 12, 2016;**
13     5.   The deadline to disclose expert reports is extended to **November 12, 2016;**
14     6    The deadline to disclose rebuttal expert reports is extended to **December 1, 2016;**
15        and
16     7.   The deadline to complete expert discovery is extended to **December 22, 2016.**
17     All other dates previously set by the Court by Order dated June 2, 2016 are hereby
18 reconfirmed.

20 Dated: October 19, 2016             TRESSLER LLP

22                                    By:   /s/ Elizabeth L. Musser
23                                          Elizabeth L. Musser
                                             Yvonne M. Schulte
24                                          Counsel for Defendant Travelers Property
                                             Casualty Company of America

**STIPULATION**

1 | The following signatory, on whose behalf this filing is also submitted, concurs in the filing's content and has authorized the filing.

Dated: October 19, 2016

> By: /s/ Paul B. Schroeder
> Paul B. Schroeder
> Law Offices of Paul Schroeder
> 200 Pringle Ave., Suite 400
> Walnut Creek, CA 94596
> T: 925.954.4415/F: 925.464.1505
> email: Paul@pschroederlaw.com
>
> and
>
> Alan L. Frank (*Pro Hac Vice*)
> Alan L. Frank Law Associates, P.C.
> 135 Old York Road
> Jenkintown, PA 19046
> T: 215.935.1000/F:215.935.1110
>
> Counsel for Plaintiffs Educational Impact, Inc.
> and Teachscape, Inc.

PURSUANT TO STIPULATION, *as amended* IT IS SO ORDERED.

Dated: 10/20/16

_____
UNITED STATES DISTRICT COURT JUDGE

LA #154695 (21-412)

3

**STIPULATION**