Paul B. Schroeder, Esq. (SBN 179527)
(E-Mail: Paul@pschroederlaw.com)
LAW OFFICES OF PAUL SCHROEDER
Two Walnut Creek Center
200 Pringle Ave., Suite 400
Walnut Creek, CA 94596
Telephone:    (925) 954-4415
Facsimile:    (925) 464-1505

Alan L. Frank, Esq.
(Pro hac vice application)
ALAN L. FRANK LAW ASSOCIATES, P.C
135 Old York Road
Jenkintown, PA 19046
Telephone:    (215) 935-1000
Facsimile:    (215) 935-1110

Attorney for Plaintiffs
EDUCATIONAL IMPACT, INC. and
TEACHSCAPE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| EDUCATIONAL IMPACT, INC., a Pennsylvania Corporation, and TEACHSCAPE INC., a Delaware Corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation; and AXIS INSURANCE COMPANY, an Illinois Corporation,<br><br>　　　　　Defendants. | Case No.: 15-cv-04510-EMC<br><br>**STIPULATION** |

　　　It is hereby **STIPULATED** and **AGREED** by and between counsel for the parties, Educational Impact ("EI") and Teachscape, Inc. ("Teachscape") (collectively "Plaintiffs") and Travelers Property Casualty Company of America ("Travelers") in the above captioned matter, that certain response and disclosure dates shall be extended as herein provided; and

1

**STIPULATION**

**WHEREAS**, the court entered an Order on **October 20, 2016**, which set dates for dispositive motions and discovery cutoffs, among other things; and

**WHEREAS**, the court set **November 17, 2016** as the date for filing Opposition papers on the parties' dispositive motions; and

**WHEREAS**, the court set the deadline to disclose rebuttal expert reports on **December 1, 2016**.

Plaintiffs and Defendant hereby stipulate as follows:

1. The deadline for the parties to file their opposition to the Motions for Summary judgment is extended by one (1) day to **November 18, 2016**; and

2. The deadline to disclose expert rebuttal reports is extended by seven (7) days to **December 8, 2016**.

Dated: November 17, 2016

By: /s/ Paul B. Schroeder
Paul B. Schroeder
Law Offices of Paul Schroeder
200 Pringle Ave., Suite 400
Walnut Creek, CA 94596
T: 925.954.4415/F: 925.464.1505
email: Paul@pschroederlaw.com

and

Alan L. Frank (*Pro Hac Vice*)
Alan L. Frank Law Associates, P.C.
135 Old York Road
Jenkintown, PA 19046
T: 215.935.1000/F:215.935.1110

Counsel for Plaintiffs Educational Impact, Inc. and Teachscape, Inc.

The following signatory, on whose behalf this filing is also submitted, concurs in the filing's content and has authorized the filing.

Dated: November 17, 2016         TRESSLER LLP


                                 By:  /s/ Elizabeth L. Musser
                                      Elizabeth L. Musser
                                      Yvonne M. Schulte
                                      Counsel for Defendant Travelers Property
                                      Casualty Company of America

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: November 21, 2016

                                 _____
                                 UNITED STATES DISTRICT JUDGE

LA #155569 (21-412)

*IT IS SO ORDERED — Judge Edward M. Chen*

STIPULATION

3