United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDUCATIONAL IMPACT, et al.,

         Plaintiffs,

    v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Defendant.

Case No.  15-cv-04510-EMC

**ORDER GRANTING IN PART
DEFENDANT'S ADMINISTRATIVE
MOTION TO CONTINUE DISCOVERY
AND TRIAL PREPARATION
DEADLINES**

Docket No. 66

The Court **GRANTS**, in part, Defendant's administrative motion to continue discovery and trial preparation deadlines.  The new deadlines shall be as follows:

(1) The deadline to conduct fact discovery is **December 16, 2016;**

(2) The deadline to disclose expert reports is **December 16, 2016;**

(3) The deadline to disclose rebuttal expert reports is **December 23, 2016;**

(4) The deadline to meet and confer regarding pretrial issues is **December 23, 2016;**

(5) The deadline to complete expert discovery is **January 2, 2017;**

(6) The pretrial statement and all other pretrial materials, including motions in limine and oppositions thereto, are due on **January 2, 2017**;

(7) The pretrial conference is set for **January 17, 2017;**

(8) The jury trial is set to begin on **February 13, 2017.**

**IT IS SO ORDERED**.

Dated: November 22, 2016

_____
EDWARD M. CHEN
United States District Judge